**FILED**

JUL 3 1 2018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR ONE E-MAIL ACCOUNT SERVICED BY 1&1 MAIL & MEDIA INC. | Case: 1:18-ml-00525<br>Assigned To : Robinson, Deborah A.<br>Assign. Date : 7/26/2018<br>Description: Misc. |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Instrument as contemplated by Article 3(2) of the Agreement on Mutual Legal Assistance between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters signed 6 January 1994, U.K.-U.S., Dec. 16, 2004, S. TREATY DOC. NO. 109-13 (2006), requesting that the Court issue an Order requiring 1&1 Mail & Media, Inc. ("PROVIDER"), an electronic communication service and/or a remote computing service provider located in Chesterbrook, Pennsylvania, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), that PROVIDER shall, within ten days of receipt of this Order, disclose to the United States the

records and other information described in Attachment A to this Order, accompanied by a completed certification and witness statement as provided in Attachment B to this Order.

July 31, 2018
Date

_____
United States Magistrate Judge
**Deborah A. Robinson**
United States Magistrate Judge

## ATTACHMENT A

### I. The Account

The Order applies to certain records and information for any 1&1 Mail & Media, Inc. ("PROVIDER") account associated with the following identifier(s):

aaronking@scotlandmail.com

and any preserved data and/or preservation numbers associated therewith.

### II. Records and other information to be disclosed

#### A. Information about the customer or subscriber of the Account

PROVIDER is required to disclose to the United States the following records and other information, if available, for the account or identifier listed in Part I of this Attachment (the "Account") constituting information about the customer or subscriber of the Account:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses);

7. Other subscriber numbers or identities (including the registration IP address), including any current or past accounts linked to the Account by telephone number, recovery or alternate e-mail address, IP address, or other unique device or user identifier; and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**B. All records and other information relating to the Account (except the contents of communications)**

PROVIDER is required to disclose to the United States the following records and other information, if available, for the Account for the time period from January 27, 2018, to and including February 10, 2018, constituting all records and other information relating to the Account (except the contents of communications), including:

1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

2. Information about each electronic communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers), and any other associated header or routing information; and

3. Identification of any PROVIDER account(s) that are linked to the Account by cookies, including all PROVIDER user IDs that logged into PROVIDER's services by the same machine as the Account.

## ATTACHMENT B

### ANNEX A

Form of certificate

I, [*insert name, address and title of office held*], being the authorised representative of [*insert name of business*] which is in possession and control of the originals of the copy documents listed below,

HEREBY CERTIFY

1. that the documents listed below are <u>true copies</u> of the originals which are in the possession and control of [*insert name of business*] of which I am the authorised representative.

2. that the documents listed and described below and to which this certificate is attached are documents <u>kept</u> by a business namely, [ *insert name of business*].

                                        [*Signed*]
                                        [*Authorised capacity in which certificate signed*]

[*Date*]

                      [*List 1 – list and describe documents*]

ANNEX B

Form of Witness Statement

Name

Date of birth

Address

Occupation

STATES:

I am a representative of [...*insert business name*...], a business which carries on [...*briefly describe nature of business*...].

In my capacity as [...*insert job title*...] I am authorised to [... *describe extent to which witness can speak for the business in relation to its records* ...].

I am shown

Production No. ...        CERTIFICATE dated ...

That is a certificate authenticating copies of a number of our business documents as being <u>true copies</u> of the originals, and certifying that the documents are documents <u>kept</u> in the course of the business.

The certificate [... *was / was not* ...] prepared by me.

    I am now shown

Productions No. ...       COPY DOCUMENT dated ...
                                COPY DOCUMENT dated ...
                                COPY DOCUMENT dated ...
                                COPY DOCUMENT dated ...

These are the copies referred to and listed in the certificate.

I can confirm that each of the original documents was <u>created or received</u> in the course of the business.

I see that

Productions No.        COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...

contain statements about [*insert a description of the nature of the information contained in the documents*]

These statements were made on the basis of information supplied by [*insert details of the persons or type of persons supplying the information to the business*] who are persons who may reasonably be supposed to have had <u>personal knowledge</u> of the matters dealt with in the statements because [ *explain how the witness knows this, or what the system was for gathering such information by the business etc...*].

[*If applicable*]   The statements were made on the basis of information that was supplied <u>indirectly</u> through a number of persons, namely [*name or describe the category or persons through whose hands the information would have passed before being recorded in the documents*]
<u>Each of these persons both received and supplied the information in the course of the business</u> because [... *explain how the witness is in a position to speak about the links in the information-handling chain* ...]

I have had no other personal dealings [ ... *or describe such further personal involvement* ...] with

Productions No. ...      COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...
                          COPY DOCUMENT dated ...

I can confirm that the statements I have referred to in them would have been relied up on by [ ... *the business* ...] as being true and accurate for the purposes of our commercial affairs.

I [...*am /am not*...] willing to travel to Scotland to give the above evidence as a witness in court.

I [...*am/am not*...] willing to give the above evidence by way of live video link.

I [ ... *do/do not* ...] require an interpreter to give the above evidence in English.

[Signed]
Date
Place